IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  BERNARD JACKSON,  Defendant. | 8:19-CR-348  JUDGMENT |

In accordance with the accompanying Memorandum and Order,

IT IS ORDERED:

1. Defendant Bernard Jackson's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody ("§ 2255 Motion"), Filing 93; Motion to Set Briefing Schedule, (Filing 96); and Motion for Leave to File First Amended § 2255 Motion (Filing 98); are each denied.

2. No certificate of appealability will issue; and

3. The Clerk will mail a copy of this Judgment to Defendant at his last known address.

Dated this 10th day of December, 2021.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge